*Albert Auburn* for the plaintiffs.


WARREN HOLLAND *vs.* COMMONWEALTH. June 30, 1997. *Supreme Judicial Court,* Appeal from order of single justice.

The petitioner (defendant), who had sought relief from an interlocutory ruling of the Superior Court denying a motion to dismiss, appeals to the full court under S.J.C. Rule 2:21, 421 Mass. 1303 (1995), from a single justice's denial of relief under G. L. c. 211, § 3.

The defendant has not met the rule's requirement that he "set forth the reasons why review of the trial court decision cannot adequately be obtained on appeal from any final adverse judgment in the trial court or by other available means." "The denial of a motion to dismiss pursuant to Mass. R. Crim. P. 13[, 378 Mass. 871 (1979),] is not appealable by a defendant until after trial." *Ventresco* v. *Commonwealth,* 409 Mass. 82, 83 (1991).

*Judgment affirmed.*

The case was submitted on the papers filed, accompanied by a memorandum of law.

*Warren Holland,* pro se.